**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Laurie A. Garrison, on behalf of herself and other current and former employees similarly situated,**

**Plaintiffs,**

**vs.**

**The Prudential Insurance Company of America,**

**Defendants.**

**COURT FILE NO. 00CV699**

**STIPULATION**

---

It is hereby agreed by the parties, by and through their respective counsel, that defendant Prudential Insurance Company of America shall have until May 1, 2000, to answer or otherwise respond to Plaintiff's Complaint in this matter.

Dated: April 12th, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By ______________________
Charles O. Lentz (#168403)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANT

2244461.1

FILED APR 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Dated: 4/12/00

NICHOLS, KASTER & ANDERSON

By ______________________
James H. Kaster (#53946)
Tiffany A. Sanders (#260514)

4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

ATTORNEYS FOR PLAINTIFF

**ORDER**

The Court hereby orders that Defendant Prudential Insurance Company of America shall have until May 1, 2000, to answer or otherwise respond to Plaintiff's Complaint.

Dated: 4/18/00

BY THE COURT:

______________________
The Honorable David S. Doty
United States District Court Judge