UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LAURIE A. GARRISON, on behalf of herself and other current and former employees similarly situated,

Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant.

CIVIL NO. 00-699 (DSD)

ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter. All further pretrial proceedings will be conducted by Magistrate Judge John M. Mason. To schedule any court proceedings before Magistrate Judge John M. Mason, please contact Ms. Katherine Haagenson, (651) 848-1190, 610 Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota, 55101.

Dated: June 20, 2000

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge

JUN 20 2000
Filed ____________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________