ATTACHMENT A ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| LAURIE A. GARRISON, on behalf of herself and other current and former employees similarly situated, Plaintiffs, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant. | : | Civil Action No. 00-CV-699 (DSD/JMM) **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that the above-captioned action is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

Dated: April 13, 2001
New York, New York

NICHOLS KASTER & ANDERSON

Date: April 3, 01

By: [signature]
James H. Kaster (#53946)

Attorneys for Plaintiff
4644 IDS Center
Minneapolis, MN 55402
(612)338-1919

PROSKAUER ROSE LLP

Date: April 13, 2001

By: [signature]
Neil H. Abramson (NA-0889)

Attorneys for Defendant
1585 Broadway
New York, NY 10036
(212) 969-3001

FILED 4-17-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD 4-17-01
DEPUTY CLERK JR

SHAPIRO PROFESSIONAL ASSOCIATION

Date: April 10, 2001

By: ______________________
Lawrence M. Shapiro (#130886)

Attorney for Plaintiff
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, MN 55416
(763) 542-1716

**SO ORDERED:**

Date: April 17, 2001 ______________________
David S. Doty
United States District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.